Form 132 − 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 23−18930−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Cesar M Quijivix
   aka Cesar M Quijivix Chojolan
   551 Emmett Avenue
   Trenton, NJ 08629

Social Security No.:
   xxx−xx−4748

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:           12/20/23
Time:          10:00 AM
Location:      Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

   An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

   **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: October 30, 2023
JAN: pbf

                                        Jeanne Naughton
                                        Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court

District of New Jersey

In re:  
Cesar M Quijivix  
    Debtor

Case No. 23-18930-CMG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 2  
Date Rcvd: Oct 30, 2023     Form ID: 132     Total Noticed: 18

The following symbols are used throughout this certificate:  
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 01, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Cesar M Quijivix, 551 Emmett Avenue, Trenton, NJ 08629-2117 |
| 520051415 | + | Valley National Bank, 1460 Valley Road, Wayne, NJ 07470-8494 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Oct 30 2023 20:44:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 30 2023 20:44:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520051402 | | Email/Text: creditcardbkcorrespondence@bofa.com | Oct 30 2023 20:42:00 | Bank of America, 4161 Piedmont Pkwy, Greensboro, NC 27410 |
| 520051403 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 30 2023 20:49:24 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 520051404 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 30 2023 20:44:00 | Comenity Capital, PO Box 182120, Columbus, OH 43218-2120 |
| 520051405 | + | Email/Text: mrdiscen@discover.com | Oct 30 2023 20:43:00 | Discover, PO Box 71084, Charlotte, NC 28272-1084 |
| 520058790 | | Email/Text: mrdiscen@discover.com | Oct 30 2023 20:43:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 520051406 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Oct 30 2023 20:43:00 | Goldman Sachs Bank, Salt Lake City Branch, PO Box 70321, Philadelphia, PA 19176-0321 |
| 520051407 | | Email/Text: bankruptcynotices@hycite.com | Oct 30 2023 20:43:00 | Hy Cite/Royal Prestige, 333 Holtzman Road, Madison, WI 53713 |
| 520051408 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Oct 30 2023 20:49:38 | Midland Mortgage, PO Box 26648, Oklahoma City, OK 73126-0648 |
| 520051409 | + | Email/Text: EBN@Mohela.com | Oct 30 2023 20:43:00 | Mohela/Dept of Ediucation, 633 Spirit Drive, Chesterfield, MO 63005-1243 |
| 520051411 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 30 2023 21:11:08 | SYNCB/Home (Mattress Warehouse), PO Box 960090, Orlando, FL 32896-0090 |
| 520051412 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 30 2023 21:10:22 | SYNCB/JC Penney, PO Box 960090, Orlando, FL 32896-0090 |
| 520051410 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 30 2023 20:49:24 | Syncb, PO Box 965001, Orlando, FL 32896-5001 |
| 520051413 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 30 2023 20:49:24 | Syncb/Score Reward, PO Box 71710, Philadelphia, PA 19176-1710 |
| 520051414 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Oct 30 2023 20:43:00 | Toyota Moter Credit, PO Box 9786, Cedar Rapids, IA 52409-0004 |

District/off: 0312-3 | User: admin | Page 2 of 2
Date Rcvd: Oct 30, 2023 | Form ID: 132 | Total Noticed: 18

TOTAL: 16

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 01, 2023　　　　　　　　Signature:　　　/s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 30, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| John Zimnis | on behalf of Debtor Cesar M Quijivix njbankruptcylaw@aol.com. |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 3