Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 23−18930−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Cesar M Quijivix
   aka Cesar M Quijivix Chojolan
   551 Emmett Avenue
   Trenton, NJ 08629

Social Security No.:
   xxx−xx−4748

Employer's Tax I.D. No.:

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

   NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on January 23, 2024.

Dated: January 23, 2024
JAN: mjb

                                                                Jeanne Naughton
                                                                Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 23-18930-CMG |
| Cesar M Quijivix | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 2 |
| Date Rcvd: Jan 23, 2024 | Form ID: plncf13 | Total Noticed: 24 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 25, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Cesar M Quijivix, 551 Emmett Avenue, Trenton, NJ 08629-2117 |
| 520051415 | + | Valley National Bank, 1460 Valley Road, Wayne, NJ 07470-8494 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jan 23 2024 20:39:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 23 2024 20:39:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520051402 | | Email/Text: creditcardbkcorrespondence@bofa.com | Jan 23 2024 20:37:00 | Bank of America, 4161 Piedmont Pkwy, Greensboro, NC 27410 |
| 520051403 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 23 2024 21:03:30 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 520088861 | + | Email/PDF: ebn_ais@aisinfo.com | Jan 23 2024 20:52:39 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520051404 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 23 2024 20:39:00 | Comenity Capital, PO Box 182120, Columbus, OH 43218-2120 |
| 520051405 | + | Email/Text: mrdiscen@discover.com | Jan 23 2024 20:38:00 | Discover, PO Box 71084, Charlotte, NC 28272-1084 |
| 520058790 | | Email/Text: mrdiscen@discover.com | Jan 23 2024 20:38:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 520051406 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Jan 23 2024 20:38:00 | Goldman Sachs Bank, Salt Lake City Branch, PO Box 70321, Philadelphia, PA 19176-0321 |
| 520051407 | | Email/Text: bankruptcynotices@hycite.com | Jan 23 2024 20:38:00 | Hy Cite/Royal Prestige, 333 Holtzman Road, Madison, WI 53713 |
| 520115280 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jan 23 2024 20:39:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 520113872 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 23 2024 20:52:53 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520115828 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Jan 23 2024 21:16:38 | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 520051408 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Jan 23 2024 21:03:38 | Midland Mortgage, PO Box 26648, Oklahoma City, OK 73126-0648 |
| 520051409 | + | Email/Text: EBN@Mohela.com | Jan 23 2024 20:38:00 | Mohela/Dept of Ediucation, 633 Spirit Drive, Chesterfield, MO 63005-1243 |
| 520110312 | | Email/Text: bnc-quantum@quantum3group.com | Jan 23 2024 20:39:00 | Quantum3 Group LLC as agent for, Comenity |

| | | | | |
|---|---|---|---|---|
| | | | | Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 520051411 | + Email/PDF: ais.sync.ebn@aisinfo.com | Jan 23 2024 21:16:42 | | SYNCB/Home (Mattress Warehouse), PO Box 960090, Orlando, FL 32896-0090 |
| 520051412 | + Email/PDF: ais.sync.ebn@aisinfo.com | Jan 23 2024 21:03:42 | | SYNCB/JC Penney, PO Box 960090, Orlando, FL 32896-0090 |
| 520051410 | + Email/PDF: ais.sync.ebn@aisinfo.com | Jan 23 2024 20:52:55 | | Syncb, PO Box 965001, Orlando, FL 32896-5001 |
| 520051413 | + Email/PDF: ais.sync.ebn@aisinfo.com | Jan 23 2024 21:03:40 | | Syncb/Score Reward, PO Box 71710, Philadelphia, PA 19176-1710 |
| 520051414 | + Email/Text: TFS_Agency_Bankruptcy@toyota.com | Jan 23 2024 20:38:00 | | Toyota Moter Credit, PO Box 9786, Cedar Rapids, IA 52409-0004 |
| 520101475 | + Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Jan 23 2024 20:38:00 | | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |

TOTAL: 22

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 25, 2024        Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 23, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| John Zimnis | on behalf of Debtor Cesar M Quijivix njbankruptcylaw@aol.com. |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4