| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2023 to 01/25/2024
**Chapter 13 Case No. 23-18930 / CMG**

Cesar M Quijivix

Petition Filed Date: 10/13/2023
341 Hearing Date: 11/30/2023
Confirmation Date: 01/17/2024

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 11/14/2023 | $800.00 | 94821750 | 12/18/2023 | $800.00 | 95376800 | 01/22/2024 | $800.00 | 95936600 |

**Total Receipts for the Period: $2,400.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $2,400.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Cesar M Quijivix | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | John Zimnis, Esq.<br>»»  ATTY DISCLOSURE | Attorney Fees | $3,650.00 | $0.00 | $3,650.00 |
| 1 | DISCOVER BANK | Unsecured Creditors | $20,134.61 | $0.00 | $20,134.61 |
| 2 | VALLEY NATIONAL BANK<br>»»  2020 TOYOTA HIGHLANDER | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 3 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $2,572.24 | $0.00 | $2,572.24 |
| 4 | TOYOTA MOTOR CREDIT CORP<br>»»  2015 TOYOTA TUNDRA | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 5 | QUANTUM3 GROUP LLC AS AGENT<br>»»  COMENITY CARD | Unsecured Creditors | $6,743.90 | $0.00 | $6,743.90 |
| 6 | LVNV FUNDING LLC<br>»»  RESURGENT ACQUISITIONS LLC | Unsecured Creditors | $9,965.66 | $0.00 | $9,965.66 |
| 7 | LVNV FUNDING LLC<br>»»  RESURGENT ACQUISITIONS LLC | Unsecured Creditors | $5,778.52 | $0.00 | $5,778.52 |
| 8 | LVNV FUNDING LLC | Unsecured Creditors | $10,494.08 | $0.00 | $10,494.08 |
| 9 | JEFFERSON CAPITAL SYSTEMS, LLC<br>»»  SYNCHRONY NETWORKS | Unsecured Creditors | $643.86 | $0.00 | $643.86 |
| 10 | MIDFIRST BANK<br>»»  P/551 EMMETT AVE/1ST MTG | Mortgage Arrears | $97.05 | $0.00 | $97.05 |

**Chapter 13 Case No. 23-18930 / CMG**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 1/25/2024:

| | | | |
|---|---:|---|---:|
| Total Receipts: | $2,400.00 | Plan Balance: | $45,600.00 ** |
| Paid to Claims: | $0.00 | Current Monthly Payment: | $800.00 |
| Paid to Trustee: | $199.20 | Arrearages: | ($800.00) |
| Funds on Hand: | $2,200.80 | Total Plan Base: | $48,000.00 |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
Visit **www.TFSBillPay.com** for more information.

View your case information online for *FREE*! Register today at **www.ndc.org** or scan this code to get started.



**This is an approximate balance. Additional allowed claims and other variables may affect the amount to complete the plan.